UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO: |
| | : | |
| VALERIY KOUZNETSOV, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 871(a) |
| | : | (Threatening to Kill and Injure the |
| | : | President of the United States) |
| | : | |
| | : | 22 D.C. Code § 1810 |
| | : | (Threatening to Injure a Person) |
| | : | |
| | : | 22 D.C. Code. § 3302(a)(1) |
| | : | (Unlawful Entry on Private Property) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about July 12, 2020, within the District of Columbia, the defendant **VALERIY KOUZNETSOV**, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, Donald J. Trump, by stating, in part, that he was "coming to kill the President," that he was going "stab him in the heart with a knife," that he would take the President's life if he wasn't given keys to the Trump Hotel, and that he would cut off the President's head if he wasn't given what was owed to him.

(**Threatening to Kill or Injure the President of the United States**, in violation of Title 18, United States Code, Section 871(a))

## COUNT TWO

On or about July 12, 2020, within the District of Columbia, the defendant **VALERIY KOUZNETSOV**, did threaten to injure the person of another, namely the employees at the Trump International Hotel located at 1100 Pennsylvania Ave., N.W., in Washington, D.C., including H.S., K.R., S.V., and E.W., by stating in part, "I will come in and kill you all;" and "I will go to the top and kill you all from up there."

(**Threatening to Injure a Person or Damage His Property**, in violation of Title 22, District of Columbia Code, Section 1810)

## COUNT THREE

On or about July 12, 2020, within the District of Columbia, the defendant **VALERIY KOUZNETSOV**, without lawful authority, did enter and attempt to enter certain private property, that is, the Trump International Hotel, at 1100 Pennsylvania Ave., N.W., Washington, D.C., against the will of the lawful occupant or the person lawfully in charge thereof.

(**Unlawful Entry on Private Property**, in violation of Title 22, District of Columbia Code, Section 3302(a)(1))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin /SMf*
Attorney of the United States in
and for the District of Columbia.

2